# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 4:15-CR-249** |
| | : | |
| **v.** | : | **(Chief Judge Conner)** |
| | : | |
| **DAVID PIAQUADIO,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 25th day of July, 2019, upon consideration of the evidence introduced at the non-jury trial held July 1 and July 2, 2019, and for the reasons discussed in the accompanying memorandum, it is hereby ORDERED that:

1. Defendant David Piaquadio is ADJUDGED GUILTY of Count One of the indictment (Doc. 1), in violation of 21 U.S.C. § 846.

2. Defendant David Piaquadio is ADJUDGED GUILTY of Count Two of the indictment (Doc. 1), in violation of 21 U.S.C. § 841(a)(1), and 18 U.S.C. § 2.

3. Defendant David Piaquadio is ADJUDGED GUILTY of Count Three of the indictment (Doc. 1), in violation of 21 U.S.C. § 841(a)(1), and 18 U.S.C. § 2.

4. Defendant David Piaquadio is ADJUDGED GUILTY of Count Four of the indictment (Doc. 1), in violation of 21 U.S.C. § 841(a)(1), and 18 U.S.C. § 2.

5. As charged in Counts One and Four, serious bodily injury resulted from the use of a controlled substance distributed by defendant David Piaquadio.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania