# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 4:15-CR-249 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **DAVID PIAQUADIO,** | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 29th day of January, 2020, upon consideration of the motions (Docs. 98, 99) for judgment of acquittal and a new trial by defendant, and the parties' respective briefs in support of and opposition to said motions, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motions (Docs. 98, 99) for judgment of acquittal and a new trial are DENIED.

2. The parties shall abide by all presentencing deadlines and instructions set forth in the court's original scheduling order (Doc. 97) dated July 31, 2019, and the court's January 8, 2020 order (Doc. 127) continuing the presentence telephone conference and sentencing.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania