# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:15-CR-249 |
| | ) | |
| | ) | (CONNER, C.J.) |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| DAVID PIAQUADIO, | ) | |
| Defendant | ) | |

### ORDER ON COVID-19 BAIL DECISION
(Doc. 133)

The Defendant's Request for an in-court hearing on bail (Doc. 135) is DENIED. In accordance with the accompanying Memorandum of this date, the Motion for Bail (Doc. 133) is DENIED.

Dated: April 24, 2020

BY THE COURT

*s/William Arbuckle*
William Arbuckle
U.S. Magistrate Judge